UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00587

**Stephanie Vinson,**
*Plaintiff,*

v.

**Pawn TX, Inc., d/b/a Cash America Pawn,**
*Defendant.*

# O R D E R

Plaintiff Stephanie Vinson filed this action asserting claims under the Americans with Disabilities Act, the Texas Commission on Human Rights Act, and the Family and Medical Leave Act. Doc. 1. The case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b). Doc. 5.

On December 11, 2024, the magistrate judge issued a report recommending that defendant's motion for summary judgment be granted. Doc. 31. Plaintiff did not file written objections. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court dismisses this action with prejudice. Any pending motions are denied as moot.

*So ordered by the court on April 22, 2025.*

J. CAMPBELL BARKER
United States District Judge